GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Corelogic Teletrack*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL ANGEL HERNANDEZ-MONDRAGON, | Case No. **2:22-cv-01123-GMN-DJA** |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT CORELOGIC TELETRACKTO FILE ANSWER** |
| CORELOGIC TELETRACK, | **FIRST REQUEST** |
| Defendant. | |

Defendant Corelogic Teletrack ("Teletrack") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Teletrack's time to answer, move or otherwise respond to the Complaint in this action is extended from August 8, 2022 through and including **September 7, 2022**.  The request was made by Teletrak so that it can have an opportunity to collect and review its internal files

/ /

/ /

/ /

/ /

/ /

1   pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed in

2   good faith and not intended to cause delay.

3         Respectfully submitted, this 4th day of August, 2022.

4

5   CLARK HILL PLLC                                    **_No opposition_**

6   By: /s/*Gia N. Marina*
    Gia N, Marina                                      David H. Krieger, Esq.
7   Nevada Bar No. 15276                               Nevada Bar No. 9086
                                                       Shawn Miller, Esq.
8   3800 Howard Hughes Pkwy,                           Nevada Bar No. 7825
    Suite 500                                          KRIEGER LAW GROUP, LLC
9   Las Vegas, NV 89169                                2850 W. Horizon Ridge Blvd., Suite 200
    Tel: (702) 862-8300                                Henderson, NV 89052
10  Fax: (702) 862-8400                                Phone: (702) 848-3855
    Email: gmarina@clarkhill.com                       Fax: (702) 385-5518
11                                                     Email: dkrieger@kriegerlawgroup.com
12  *Attorney for Defendant Corelogic Teletrack*       Email: smiller@kriegerlawgroup.com

13

14                                                     *Attorneys for Plaintiff*

15

16

17

18  IT IS SO ORDERED:

19

20  _____
    United States Magistrate Judge
21
    DATED: ___August 5, 2022___
22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 4th day of August, 2022, via CM/ECF, upon all counsel of record:

By: _/s/Gia N. Marina_____
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com