GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant*
*Corelogic Teletrack*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MIGUEL ANGEL HERNANDEZ-MONDRAGON,<br><br>Plaintiff,<br><br>vs.<br><br>CORELOGIC TELETRACK,<br><br>Defendant. | Case No. 2:22-cv-01123-GMN-DJA<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT CORELOGIC TELETRACK TO FILE ANSWER**<br><br>**SECOND REQUEST** |

Defendant Corelogic Teletrack ("Teletrack") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Teletrack's time to answer, move or otherwise respond to the Complaint in this action is extended from September 7, 2022 through and including **October 7, 2022**.  The request

/ /

/ /

/ /

/ /

/ /

/ /

/ /

1  was made by Teletrak so that the parties can have additional time to engage in settlement discussion,
2  and Plaintiff approves. This stipulation is filed in good faith and not intended to cause delay.
3  Respectfully submitted, this 2nd day of September, 2022.

CLARK HILL PLLC

By: /s/*Gia N. Marina*
Gia N, Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy,
Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com

*Attorney for Defendant Corelogic Teletrack*

**No opposition**

David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Blvd., Suite 200
Henderson, NV 89052
Phone: (702) 848-3855
Fax: (702) 385-5518
Email: dkrieger@kriegerlawgroup.com
Email: smiller@kriegerlawgroup.com

*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
United States Magistrate Judge

DATED: September 7, 2022

**CERTIFICATE OF SERVICE**

I hereby certify that a true and exact copy of the foregoing has been served this 2nd day of September, 2022, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
Gia N. Marina
Nevada Bar No. 15276
3800 Howard Hughes Pkwy, Suite 500
Las Vegas, NV 89169
Tel: (702) 862-8300
Fax: (702) 862-8400
Email: gmarina@clarkhill.com