Matthew Knepper, Esq.
Trustee of Krieger Law Group, LLC
Nevada Bar No. 12796
Shawn W. Miller, Esq.
Nevada Bar No. 7825
5502 S. Fort Apache Road, Suite 200
Las Vegas, Nevada 89148
Phone: (702) 848-3855
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Miguel Angel Hernandez-Mondragon*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MIGUEL ANGEL HERNANDEZ-MONDRAGON,<br><br>Plaintiff(s),<br><br>vs.<br><br>CORELOGIC TELETRACK,<br><br>Defendant(s). | Case No.: 2:22-cv-01123-GMN-DJA<br><br>**STIPULATION AND ORDER DISMISSING PLAINTIFF'S CLAIMS AGAINST CORELOGIC TELETRACK, WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Miguel Angel Hernandez-Mondragon ("Plaintiff") and Defendant CoreLogic Teletrack ("CoreLogic"), collectively the "Parties," by and through their counsel of record, that Plaintiff's claims and causes of action against CoreLogic are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(2).

IT IS HEREBY FURTHER STIPULATED that the Parties shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on August 23, 2023.

| | |
|---|---|
| */s/ Shawn W. Miller* <br> Shawn W. Miller, Esq. <br> KRIEGER LAW GROUP, LLC <br> 5502 S. Fort Apache Road, Suite 200 <br> Las Vegas, Nevada 89148 <br> Attorneys for Plaintiff, <br> ***Miguel Angel Hernandez-Mondragon*** | */s/ Gia N. Marina* <br> Gia N. Marina, Esq. <br> CLARK HILL <br> 1700 S. Pavilion Center Drive, Suite 500 <br> Las Vegas, NV 89135 <br> Attorneys for Defendant, <br> ***CoreLogic Teletrack*** |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: August 28, 2023